## PITTMAN v. THE STATE.
(Decided April 15, 1915.)

APPEAL from Russell Circuit Court.

Heard before Hon. M. SOLLIE.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

Per curiam. Appeal dismissed.

---

## PUGH v. THE STATE.
(Decided April 22, 1915.)

APPEAL from Bessemer City Court.

Heard before Hon. J. C. B. GWIN.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

Per curiam. Appeal withdrawn.

---

## ROSS v. THE STATE.
(Decided April 22, 1915.)

APPEAL from Walker Circuit Court.

Heard before Hon. J. J. CURTIS.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

Per curiam. Appeal dismissed for want of prosecution.

---

## SOUTHERN BELL TEL. & TEL. CO. v. VINSON.
(Decided April 20, 1915.)

APPEAL from Cullman Circuit Court.

Heard before Hon. D. W. SPEAKE.

EYSTER & EYSTER, and GEO. H. PARKER, for appellant. A. A. GRIFFITH, for appellee.

Per curiam. Dismissed by agrement of parties.